433 A.2d 541

Black v. Mitchell.

Appeal of Lester J. Mitchell, Shirley A. Mitchell and Mark Mitchell.

574

Argued September 10, 1980. Joseph W. Mullin, for appellants; Charles B. Swigart, for appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.